**Motion GRANTED and Order filed June 22, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00466-CV

_____

### IN RE EDWARD ALEXANDER, ADAM JOHNSON, WAYNE THOMPSON, JR., LILYNN CUTRER, AND KAREN AUCOIN, INDIVIDUALLY AND AS CO-TRUSTEES, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause Nos. 365,053 & 365,053-404**

## ORDER

June 7, 2018, relators Edward Alexander, Adam Johnson, Wayne Thompson, Jr., Lilynn Cutrer; and Karen Aucoin, Individually and as Co-Trustees, filed a petition for writ of mandamus in this court. Relators ask this court to order the

Honorable Christine Butts, Judge of the Probate Court No. 4, in Harris County, Texas, to set aside her order dated June 5, 2018, entered in trial court numbers 365,053 & 365,053-404, styled *Preston Marshall v. Elaine T. Marshall, et al.* Relators claim respondent abused her discretion by ordering them to produce documents, which they assert are protected by the attorney-client and work product privileges.

Relators also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. Relators ask this court to stay the June 5, 2018 order pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the June 5, 2018 order in trial court cause numbers 365,053 & 365-053-404, *Preston Marshall v. Elaine T. Marshall, et al.*, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.